

# GRIBETZ & LOEWENBERG, PLLC
## ATTORNEYS AT LAW

Kenneth Gribetz
Deborah Wolikow Loewenberg
Kevin M. Dunlap
*Admitted in New York*

Carlos Ponce
*Legal Assistant*

September 21, 2018

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:     USA v. Goldbrenner, et al.
          Ind. # 18 Cr. 614 (KMK)

Your Honor:

My client, Ben Klein, requires an additional extension of time to submit his financial statement to the government. My client and his accountant have been diligently working to meet the October 1, 2018 deadline, but the many Jewish holidays this and next month have made it impossible. Consequently, we respectfully request that his time to comply be further extended to the end of business on October 15, 2018. This request is made with the consent of AUSA Vladislav Vainberg.

Thank you for your consideration.

Very truly yours,

GRIBETZ & LOEWENBERG, PLLC

BY_____
Deborah Wolikow Loewenberg, Esq.

(electronically filed)