PAUL B. BRICKFIELD *+
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE *
jdonahue@brickdonlaw.com

of counsel

NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
+MEMBER OF NEW YORK BAR



**BRICKFIELD & DONAHUE**

ATTORNEYS

70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, NY 10573
(914) 935-9705

**MEMO ENDORSED**

April 20, 2020

**Via ECF Only**
Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Ben Klein, et al.
Docket No.: 18-cr-614

Dear Judge Karas:

I, along with Deborah Loewenberg, Esq., represent Ben Klein in the above-referenced matter. We respectfully request an extension of time to submit our objections to Mr. Klein's draft presentence report from April 24, 2020 to May 15, 2020. Due to the current pandemic, we will not be able to sufficiently review the presentence report and speak with our client about it prior to the April 24, 2020 deadline.

In addition, Mr. Klein's sentencing is currently scheduled for May 20, 2020 at 2:00 p.m. before Your Honor. We respectfully request based on the above that his sentencing be adjourned to the first week of July 2020.

I have spoken to Assistant U.S. Attorney Michael Maimin and he consents to these requests.

Respectfully submitted,

/s/ Paul B. Brickfield

Paul Brickfield

cc: All counsel of record (via ECF only)
Probation Officer Sara Willette (via electronic mail only)

*Granted. The sentence will be held on 7/8/20 at 2:00 p.m.*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.
4/21/20