PAUL B. BRICKFIELD *+
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE *
jdonahue@brickdonlaw.com

of counsel

NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
+MEMBER OF NEW YORK BAR



**BRICKFIELD & DONAHUE**

ATTORNEYS

70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, NY 10573
(914) 935-9705

**MEMO ENDORSED**

June 9, 2020

**Via ECF Only**
Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      **Re:**     United States v. Ben Klein, et al.
               Docket No.: 18-cr-614

Dear Judge Karas:

    I, along with Deborah Loewenberg, Esq., represent Ben Klein in the above-referenced matter. Mr. Klein is scheduled to be sentenced before Your Honor on July 8, 2020 at 2:00 p.m. We are writing to respectfully request that the sentencing be rescheduled to a date in September 2020 for the following reasons.

    We have been able to complete the presentence report, including any objections and comments. However, due to COVID-19, we are not able to collect materials, including character letters, for our sentencing memorandum. Accordingly, we are requesting that the sentencing be rescheduled to a date in September 2020 (other than September 18 or September 28, which are religious High Holy Days).

    I have spoken to Assistant U.S. Attorney Michael Maimin and he consents to this adjournment request.

    Thank you.

Respectfully submitted,

/s/ Paul B. Brickfield

Paul Brickfield

cc:     All counsel of record (via ECF only)
        Probation Officer Sara Willette (via electronic mail only)

*Granted. The sentence will go forward on October 1, 2020 at 2:00 p.m.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/10/2020