

# GRIBETZ & LOEWENBERG, PLLC
## ATTORNEYS AT LAW

**Deborah Wolikow Loewenberg**
**Kevin M. Dunlap**
*Admitted in New York*

**Kenneth Gribetz**
*of Counsel*

**Carlos Ponce**
*Legal Assistant*

June 17, 2020

**MEMO ENDORSED**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

           Re:    USA v. Goldbrenner, et al.
                   Ind. # 18 Cr. 614 (KMK)

Your Honor:

        We respectfully request your permission allowing our client, Ben Klein, to travel with his family to Florida from July 7 through July 21, 2020 in order to visit with his brother-in-law Avi Deutsch and his family. He plans to stay with the Deutsch family in their home at 21662 Napa Court, Boca Raton, Florida.

        Neither U.S. Pretrial Services Officer Winter Pascual nor AUSA Michael Maiman have any objection to this request.

        Thank you for your consideration.

Granted.
So Ordered.

*[signature]*
6/18/20

Very truly yours,

GRIBETZ & LOEWENBERG, PLLC

BY _____
Deborah Wolikow Loewenberg, Esq.

(electronically filed)

www.gribetzloewenberg.com
155 North Main Street ♦ New City, New York 10956 ♦ Tel. 845 634 9500 ♦ fax 845 639 9105