

# GRIBETZ & LOEWENBERG, PLLC
## ATTORNEYS AT LAW

**MEMO ENDORSED**

Deborah Wolikow Loewenberg
Kevin M. Dunlap
*Admitted in New York*

Kenneth Gribetz
*Retired*

Carlos Ponce
*Legal Assistant*

January 19, 2021

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re: USA v. Goldbrenner, et al.
         Ind. # 18 Cr. 614 (KMK)

Your Honor:

  We respectfully request your permission allowing our client, Ben Klein, to travel with his family to Florida from February 14 through February 18, 2021 in order to attend his nephew's bar mitzvah. He plans to stay with the Deutsch family in their home at 21662 Napa Court, Boca Raton, Florida.

  Neither U.S. Pretrial Services Officer Andrew Abbott nor AUSA Michael Maiman have any objection to this request.

  Thank you for your consideration.

Granted.
So Ordered.

*[signature]*
1/19/21

Very truly yours,

GRIBETZ & LOEWENBERG, PLLC

BY *[signature]*
Deborah Wolikow Loewenberg, Esq.

(electronically filed)