

**MEMO ENDORSED**

# GRIBETZ & LOEWENBERG, PLLC
## ATTORNEYS AT LAW

Deborah Wolikow Loewenberg
Kevin M. Dunlap
*Admitted in New York*

Kenneth Gribetz
*Retired*

Carlos Ponce
*Legal Assistant*

July 28, 2021

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    USA v. Goldbrenner, et al.
                 Ind. # 18 Cr. 614 (KMK)

Your Honor:

       We respectfully request your permission allowing our client, Ben Klein, to travel with his family to Sinai Retreats in Warrensburg, New York from August 18 through August 24, 2021.

       Neither U.S Pretrial Services Officer Andrew Abbott nor AUSA Michael Maiman have any objection to this request.

       Thank you for your consideration.

Very truly yours,

GRIBETZ & LOEWENBERG, PLLC

BY _____
Deborah Wolikow Loewenberg, Esq.

(electronically filed)

Granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/28/2021

www.gribetzloewenberg.com
155 North Main Street ♦ New City, New York 10956 ♦ Tel. 845 634 9500 ♦ fax 845 639 9105