PAUL B. BRICKFIELD*†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE*
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



**BRICKFIELD & DONAHUE**
A T T O R N E Y S
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

October 17, 2022

**Via ECF Only**
Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. Ben Klein, et al.
            Docket No.: 18-cr-614

Dear Judge Karas:

    I, along with Deborah Loewenberg, Esq., represent Ben Klein in the above-referenced matter, which is scheduled for sentencing this Wednesday, October 19, 2022 at 11:00 a.m. In addition to the sentencing memorandum previously submitted, please find enclosed the following letters on behalf of Mr. Klein:

1. Letter from Rabbi Jacob Moskowitz of Congregation Borov. Rabbi Moskowitz requests permission to address Your Honor at the sentencing.

2. Letter from Rabbi Dovid Brawer, Executive Director of Cheder Chabad of Monsey, the school where Mr. Klein's youngest son Noah is a student.

3. Letter from Shimchon Schwartz dated October 16, 2022.

4. Letter from Jack G. Klein dated October 14, 2022; and

5. Letter from Rachel Klein, Mr. Klein's wife, dated October 16, 2022.

                        Respectfully submitted,

                        /s/ Paul B. Brickfield

                        Paul Brickfield

encs.

cc:    All counsel of record (via ECF only w/encs.)
        Probation Officer Sara Willette (via electronic mail only w/encs.)