# CONGREGATION BOROV
4 Parker Boulevard
Monsey, NY 10952

RABBI JACOB MOSKOWITZ
845-304-2244

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St. White Plains, NY 10601-4150

October 13, 2022

Dear Judge Karas,

My name is Jacob Moskowitz, founder and spiritual leader of the Borov Congregation since 2001. We have a membership of 100 families, totaling some 600 souls. We have opened the Tomchei Shabbos Food Bank of Rockland county that supplies hundreds of food packages to struggling families every week. We also managed to open a K-12 girls' school, Bnos Derech Yisroel, to enable financially struggling families to afford a low cost comprehensive Jewish and secular program for their children.

I mention the above to indicate that I am very involved with helping the disadvantaged and needy, and I have been fortunate enough to be surrounded by good people who go out of their way to assist others who need help, many times more than they do.

One member who joined the community soon after its founding is Ben Klein, who is soon to appear before you for sentencing and I write to you on his behalf. Ben is one of the most giving and kindhearted people in our synagogue. Reaching out to others and 'going the extra mile' is a fundamental part of his make-up. In fact, for one and a half years until mid-2019 I personally was a recipient of his kindness. For that time, my wife of 50 suffered from an aggressive cancer and passed away at age 52.

We have a large family and I could not manage it all alone. Ben was there for me, at any time of the day or night. On the many occasions when I could not take her to chemo, Ben made himself available. Moreover, during that time, our financial situation was extremely pressed, and Ben led an effort to raise the needed funds from good people, and to help save the family from collapse.

A number of years ago, Ben was involved in an accident in which his passenger, someone that he knew, tragically lost his life. Ben has been haunted by what happened ever since. It often comes up in conversation and I have found him quite fragile emotionally since then. I am sure that Your Honor is aware that Ben spent a year in prison as a result of that accident, and it has left a scar on his soul. I would visit him in the prison almost daily and tried to be a shoulder for him to lean on. I took care for his family as best I could, paying bills and helping his wife cope as a single mom. It was so very sad and I remind myself of the suffering of the family and sitting and speaking to the crying kids. With the advent of this case, and the possibility of incarceration, his family, some of whom were just young kids at that time, are having flashbacks of the pain of Ben's absence.

At present, he has two older children a son of 21 named Shia, and a daughter Shaindel (19). They are good and earnest youngsters. In our ultra-orthodox community, it is customary to marry off children at a relatively young age, and it is done through a marriage broker. Unfortunately, and this is a fact of life in our communities, a parent who is incarcerated is a blight on the marriage prospects of these young men and women. This is a serious consideration that I bring to the attention of the Court.

Your Honor, I have spoken to Ben numerous times about his life and this case, and again and again he has broken down in tears about what he has brought on the heads of his family. He makes no excuse and takes responsibility for what he did, and he sits and berates himself and tears at his hair. He has spoken to others about what he did and how easy it is to fall on to the slippery slope of wrongdoing, and pleads with them not to take any chances as the consequences for the person and his family are simply awful.

I believe that Ben's drive for some financial stability emanates from a very neglected childhood. His mother was committed to a mental institution when he was a kid, and the father remarried to try and give his kids stability. The new wife was the 'proverbial' stepmother and the relationship between her and Ben was the worst. So much so that Ben had to leave the home and make his home on the streets. He slept on benches in synagogues and parks. Somehow, he survived and 'crawled' his way back to being a decent member of society, but the fear of poverty and being out on the streets again is never far beneath the surface.

I feel that I must mention his 7-year old child, Noah, who is on the autistic spectrum. The wife cannot care for all the kids alone and Ben takes special care of Noah. It would be a disaster for him to lose his father.

Your Honor, there is so much more that I can write or tell you about Ben, but I do not want to take up the time of the Court. (If there would be an opportunity to address the Court about Ben, I would appreciate it.) This whole case and the fearfulness of the family is tragic, and my heart is pained for Ben and his family. I do see him as a good man with the biggest heart. I beg Your Honor to help him and to give him a chance. During these last five years through which the case has been delayed, due to Covid etc, Ben has been anguished and going through his own mental incarceration and fear. There are people in the community who have offered to ensure that he is both gainfully employed and monitored to help in his rehabilitation. Kindly consider a sentence that does not require incarceration.

Respectfully and in prayer,

(Rabbi) Jacob Moskowitz



P.O. Box 1164
Monsey, NY 10952
P: (845) 356-1213
F: (845) 503-2322
Adminoffice@chedermonsey.org
www.chedermonsey.org

**Executive Director**
Rabbi Dovid Brawer

**Boys' Elementary School**
15 Widman Court
Spring Valley, NY 10977
chederchabadboys@chedermonsey.org

Rabbi Levi Kaplan
*Menahel*

Rabbi Yisroel Goldberg
*Sgan Menahel*
*Principal for General Studies*

**Girls' Elementary School**
25 South Monsey Rd.
Airmont, NY 10952
chederchabadgirls@chedermonsey.org

Mrs. Chaya Rosenbluh
*Principal*

Mrs. Perri Friedland
*General Studies Elementary Principal*

Mrs. Mushky Klyne
*Middle School Curriculum Coordinator*

**Pre-School**
Mrs. Chaya Light
*Early Childhood Director*

**Va'ad HaChinuch**
Rabbi Baruch D. Lesches
Rabbi Chaim D. Kagan
Rabbi Zalman L. Markowitz
Rabbi Sender Lustig
Rabbi Mendel Levin

**Board of Directors**
Rabbi Avi Weinstein, *President*
Rabbi Dov Drizin, *Vice President*
Rabbi TzE Ehrenreich, *Treasurer*
Rabbi Yossi Hirsch, *Secretary*
Mr. Avraham Hayman
Rabbi Yossi Light
Rabbi Yossi Solomon
Rabbi Refoel Huisman
*Trustees*

Rabbi Yisroel Shusterman
*Founder*

ב"ה

October 16 2022

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St. White Plains, NY 10601-4150

Dear Judge Karas,

Noah Klein is a full time student at Cheder Chabad of Monsey's enrichment program.

Cheder Chabad's enrichment program was established with the goal of accepting children with severe learning disabilities, and teaching them all the skills necessary for them to succeed and eventually integrate into the mainstream class setting.

This is achieved by having very few students per class, a more relaxed class setting, a disproportionate teacher student ratio, and highly trained professionals teaching and working with each and every individual student. With G-D's help we are seeing amazing results. Children who struggled unsuccessfully with reading and writing are now filled with the joy of being able to read, write, and study at their grade level. This in turn builds their confidence and motivates them to forge ahead.

It is well understood that each and every child in our program needs an enormous amount of attention, and constant support and encouragement from both school staff and parents. A child that doesn't have strong and consistent parental support will have great difficulty achieving success.





בס"ד

P.O. Box 1164
Monsey, NY 10952
P: (845) 356-1213
F: (845) 503-2322
Adminoffice@chedermonsey.org
www.chedermonsey.org

**Executive Director**
Rabbi Dovid Brawer

**Boys' Elementary School**
15 Widman Court
Spring Valley, NY 10977
chederchabadboys@chedermonsey.org

Rabbi Levi Kaplan
*Menahel*

Rabbi Yisroel Goldberg
*Sgan Menahel*
*Principal for General Studies*

**Girls' Elementary School**
25 South Monsey Rd.
Airmont, NY 10952
chederchabadgirls@chedermonsey.org

Mrs. Chaya Rosenbluh
*Principal*

Mrs. Perri Friedland
*General Studies Elementary Principal*

Mrs. Mushky Klyne
*Middle School Curriculum Coordinator*

**Pre-School**
Mrs. Chaya Light
*Early Childhood Director*

**Va'ad HaChinuch**
Rabbi Baruch D. Lesches
Rabbi Chaim D. Kagan
Rabbi Zalman L. Markowitz
Rabbi Sender Luwig
Rabbi Mendel Levin

**Board of Directors**
Rabbi Avi Weinstein, *President*
Rabbi Dov Drizin, *Vice President*
Rabbi Tzili Ehrenreich, *Treasurer*
Rabbi Yossi Hirsch, *Secretary*
Mr. Avraham Hayman
Rabbi Yossi Light
Rabbi Yossi Solomon
Rabbi Rafael Huisman
*Trustee*

Rabbi Yisroel Shusterman
*Founder*

Over the past year Noah has overcome many challenges and made tremendous strides in his academic studies and social skills. He has started this school year on the right foot with the goal of achieving even more success and battling on.

As head of school I have personally witnessed Ben's involvement with Noah's progress and his being completely invested in assuring that Noah succeeds.
I have observed them together at all parent student events, and have been on the receiving end of Ben's constant inquiries , suggestions , and many offers to help with anything that might enhance the enrichment program.

There is no question at all that the absence of his fathers presence in his life for any length of time will have a detrimental effect on Noah and present the likely possibility that Noah will digress and fall back into the abyss of hopelessness and despair.

I welcome you to come visit our school, speak to our staff, and see firsthand the vulnerability and success of the children in our enrichment program.

Any consideration extended to our dear student Noah Klein will be greatly appreciated.

Sincerely,

**Rabbi Dovid Brawer**
**Executive Director**

## Deborah Loewenberg

| | |
|---|---|
| **From:** | Ben Klein |
| **Sent:** | Sunday, October 16, 2022 12:09 PM |
| **To:** | Deborah Loewenberg |
| **Subject:** | May. 15 1979 a beautiful baby boy was born. But sadly due to childbirth trauma the mother had a nervous breakdown and shortly after that everything went downhill. The father tried looking for new doctors and remedies to improve the situation but to no ... |

May. 15 1979 a beautiful baby boy was born. But sadly due to childbirth trauma the mother had a nervous breakdown and shortly after that everything went downhill. The father tried looking for new doctors and remedies to improve the situation but to no avail. And unfortunately it went from bad to worse and it became unsafe to live at home. They parents got divorced and the father was able to get custody of the children but the little boy desperately needed a normal and stable home in which to grow up so the search began and the boy went from place to place, nothing ever permanent or stable. He endured many troubled years. But it made him the man he is today. He didn't let his childhood break him. And he vowed to make sure that no one ever would need to endure the pain, suffering, and instability that he did.

He grew up, got married, and committed to help and always be there for anyone in need. And since then- everyone knows if there is anything a need, a place to sleep, a meal, clothing, a car, a helping hand- there is one person to call. That person is Ben Klein.

After a few years he went on to open his company Trust Security & Communications and continued with the same commitment of helping people in need. Anyone that needed a job and a chance would call Ben Klein asking if there was an opening for a job and the answer would always be yes. He would take in anyone, train them, and teach them the trade. And when any employee would leave to open their own company he would help them with anything they needed.

And that's where I came in.
When I got married I was looking for a job. I was referred to Ben Klein. At the interview he asked me if I was handy. I answered no. He asked me "do u know how to hold a screwdriver? If yes then this job is for u". After a few months I told him "Ben I'm wasting your time and money. This job is not for me". But Ben knew I needed the money and couldn't afford to be without a job. So he turned to me and said "Shimshie, don't worry about the money- u can stay". So as time went on I learned the trade and Ben helped me open my own company.

Unfortunately one day Ben he had to close his own company. So when I heard what happened it was my time to give back and I said "Ben, I would like for you to come work for me and do sales. He accepted the offer. Today Ben is the top sales person in the company but besides for sales the atmosphere that Ben brought in to the company is indescribable.

Dear judge my name is Shimshon Schwartz. I am 36 years old with a beautiful family with a wife and 4 kids. I can truthfully say that I am where I am today because of the selflessness of Ben Klein. Ben Klein always goes beyond the call of duty to help anyone in need. There is never a time that someone should call and the answer would be no. The answer is always sure I will be right there.

Sincerely
Shimshon Schwartz

Brooklyn NY 11219

1

# Jack G Klein



Suffern, NY 10901

10/14/2022

To whom it may concern:

I am writing this letter on behalf of Mr. Ben Klein. I have been acquainted with Ben for approximately 20 years. We have had business dealings and over the years developed a personal relationship as well. I have always found him to be a kind- and good-hearted individual who is always willing to help someone in need.

I lead a congregation in Suffern, NY and I know that I can always count on Ben when I need help and when someone has any kind of problem. There are many people in our community who have benefited from his kindness and thoughtfulness.

In a heart of hearts, I feel he is one of the best friends I ever met a heart of gold.

Please extend as much mercy toward him as possible when considering his sentence. He is a devoted husband and father, brother & son and a friend to so many people.

Thanking you for your kind attention to this matter, I remain,

Sincerely yours,

Jack G Klein

**Rachel Klein**

Monsey, NY 10952

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St. White Plains, NY 10601-4150

October 16, 2022

Dear Judge Karas,

I write to you begging from the bottom of my heart for leniency for my husband, Ben Klein. These last five years since Ben's arrest have been among the most painful of our lives - yes, more than we had each experienced growing up. Even though Ben's story was harder, much harder than mine, he handled his better and was able to help me. Please allow me to share them briefly with you.

When Ben was just a little boy, his mother was hospitalized in a psychiatric ward and the children were given to into the father's custody. They all used to sleep in one room with their father which was locked to prevent the mother entering, as she would come in and hit them with pots and pans.

The father could not cope with raising and providing for a family and got married. The new wife resented his children, especially Ben, and by the age of six he has no place in his father's home. Unfortunately, the father went along with the stepmother's demands and Ben was farmed out to different family members and went to different aunts and uncles. In time, he was truly homeless and often found himself sleeping on a park bench or on a pew inside a synagogue. It was pathetic. This lasted until he was 13, barmitzvah age, and he then dormed at a Yeshiva high school that admitted him.

Your Honor, despite this all, Ben does not walk around bearing resentment against his father or step mother. He feels that his father was trying to do what he could for the family, and unfortunately, Ben landed paying the price. Years passed without contact with his father. As for the stepmother, he sees her own difficulties and issues and tries to keep it in a positive light.

My parents emigrated from Argentina and spent some time in Panama, where I was born. We arrived in America when I was two, and two years later my father passed away. My siblings were much older than me, the next by ten years, and so they were all in boarding school when he passed. My mother was devastated and couldn't cope and we lived alone in a tiny apartment. Unfortunately, I was quite neglected but had to make a life for myself, which left me with many different issues. My mother would always lock herself away in her room, not wanting to see me or have anything to do with me, or anybody else who would come to see her. I feel that it was almost a miracle that I turned out normal.

One thing for which I am eternally grateful is that when I was twenty I met Ben. He was the most caring person in the whole world, and he became my whole world. The most caring and devoted husband and father, and the kindest human being I know. He understood me and all my issues and he is the one who has help me get over the angst in my life. He is the one who spoke to my mother and won her over, and built a bridge over the chasm between us. And he always speaks to her with a smile.

Ben and I were married in June of 2000 and have five children, the youngest, Menachem, is 10 and has special needs. He is on the autistic spectrum, attends a special school in a self-contained classroom. I love Menachem, but I cannot cope with him. Ben spends an inordinate amount of time with him as he needs a lot of care, attention, with various therapies and tutors. If Ben is sent away for any amount of time, it is going to be a disaster for Menachem. Actually, for all of us. I am so very frightened.

Our daughter, Esty, just started high school this year, has no knowledge of the case, as it all took place years ago. She will be devastated. The same for our son Simcha (17), a senior in high school. We live in a close and protected society here in Monsey. Our two oldest children, a boy Shia (21) and a daughter Shaindel (20) already went through a very difficult time after Ben was arrested. Thank G-d they have adjusted, as Ben and I worked with them. But now they have another challenge, as they have become of marriageable age in our community. It may sound strange, but in our community, sad to say, children of an incarcerated parent encounter prejudice. It is unfair, but it is a reality. They are such good kids, and I beg for leniency that they be given the chance to find a good spouse. I know I lucked out, and I believe that it was a blessing from Above.

I have witnessed, daily, the terrible toll this has all taken on Ben. I have seen my husband, the one who has been so strong all these years, sobbing late at night when nobody is present. He so regrets what has happened and beseeches the Almighty in his daily prayers that somehow, he should find favor in your eyes and receive a non-custodial sentence and to have a chance to make good and to protect his family.

I tremble thinking of the emotional upheaval and repercussions our children will suffer from in their lives if their father goes to jail. We would all be lost without him. Our children, all at pivotal times in their lives and would be severely affected by it. I have

I beg you to please have mercy on him and our family. Thank you for reading this letter and I sincerely hope you consider my request.

Respectfully yours and with a begging heart,


Mrs Rachel Klein