PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

•CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



BRICKFIELD & DONAHUE
ATTORNEYS
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

December 27, 2022

**Via ECF Only**
Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. Ben Klein, et al.
              Docket No.: 18-cr-614

Dear Judge Karas:

      I, along with Deborah Loewenberg, Esq., represent Ben Klein in the above-referenced matter. As Your Honor is aware, on Thursday, December 22, 2022, you granted our request to extend Mr. Klein's surrender date for 30 days to January 26, 2023 because he had not yet been designated. We were advised on Friday, December 23, 2022 that Mr. Klein was designated to FCI Otisville Satellite Camp. In light of this, Mr. Klein reported today to the Camp to commence his sentence.

      Thank you for your consideration in this matter.

              Respectfully submitted,

              /s/ Paul B. Brickfield

              Paul Brickfield

cc:    All counsel of record (via ECF only)
       Probation Officer Sara Willette (via electronic mail only)