Case 7:18-cr-00614-KMK   Document 259   Filed 07/18/23   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

  Plaintiff,

v.

SIMON GOLDBRENNER, PERETZ KLEIN, SUSAN KLEIN, BEN KLEIN, MOSHE SCHWARTZ, SHOLEM STEINBERG AND ARON MELBER.

  Defendants.

Case No.: 7:18-cr-00614-KMK

**SATISFACTION OF JUDGMENT**

---

  **WHEREAS**, on August 29, 2018, Ben Klein was released on a $500,000.00 appearance bond in the above-captioned matter secured by Sidney Weisz, acting as a representative of 32 Forshay Rd LLC, and

  **WHEREAS**, an Affidavit of Confession of Judgment was signed by Sidney Weisz, acting as representative of 32 Forshay Rd LLC, on November 27, 2018, and

  **WHEREAS**, Ben Klein was sentenced to 27-months incarceration and 24 months of supervised release on October 19, 2022, and

  **WHEREAS**, the Government has no objection to the exoneration of the $500,000.00 appearance bond, and to the annulment of the judgment against 32 Forshay Rd LLC.

  **IT IS HEREBY ORDERED**, the Clerk of the Court shall (i) exonerate the $500,000.00 appearance bond and (ii) shall vacate the judgment against 32 Forshay Rd LLC.

_____
Honorable Kenneth M Karas, U.S.D.J.
7/18/23