UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 7:18-cr-00614-KMK |
| Plaintiff, | |
| v. | ORDER FOR RETURN OF PASSPORT |
| SIMON GOLDBRENNER, PERETZ KLEIN, SUSAN KLEIN, BEN KLEIN, MOSHE SCHWARTZ, SHOLEM STEINBERG AND ARON MELBER, | |
| Defendants. | |

WHEREAS, on August 29, 2018, Ben Klein was released on a $500,000.00 appearance bond in the above-captioned matter and as part of his release, Mr. Klein was ordered to turn over his passport, and

WHEREAS, Ben Klein was sentenced to 27 months incarceration and 24 months of supervised released on October 19, 2022, and

WHEREAS, the Court signed a Satisfaction of Judgment on July 19, 2023 directing the Clerk of the Court to (i) exonerate the appearance bond and (ii) vacate the judgment against 32 Forshay Rd LLC.

IT IS HEREBY ORDERED, that U.S. Pretrial Services or any other agency that has custody of Mr. Klein's passport return it to Mr. Klein or Mr. Klein's counsel in this matter.

Honorable Kenneth M. Karas, U.S.D.J.
10/31/23